| | | |
|---|---|---|
| **JOSEPH ROBINSON #285545** | * | IN THE |
| Plaintiff, | * | UNITED STATES |
| v. | * | DISTRICT COURT FOR THE |
| **OFFICER THOMAS MOORE, et al.** | * | DISTRICT OF MARYLAND |
| Defendants | * | Case No. AMD-01-2329 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**UPON CONSIDERATION** of Defendant Joel Heiss' Motion for Extension of Time and any opposition thereto, it is this 8th day of March, 2002, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Joel Heiss' Motion for Extension of Time be and is hereby **GRANTED**.

_____
**Judge**

cc:  Joseph Robinson
     Stephanie Kinder, Esquire
     Charles G. Byrd, Esquire

