IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Joseph Robinson #285545<br>Plaintiff | * | |
| | * | Civil Action No.: AMD-01-2329 |
| vs. | * | |
| Officer Thomas Moore, et al<br>Defendant(s) | * | |

**ORDER**

**IT IS HEREBY ORDERED**, this 9th day of April, 20 02, that David L. Jacobson and Teresa M. Kelly, Blades & Rosenfeld, P.A., 1200 Sun Life Building, 20 South Charles St. Baltimore, 410-539-7558, be appointed to represent Plaintiff in the above-captioned civil action, without compensation, except as allowed by any applicable statute. The Clerk is directed to enter the appearance of Counsel.

Andre M. Davis
United States District Judge

