IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
FILED _____ ENTERED
LODGED _____ RECEIVED
JUN 2 8 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
BY _____ DEPUTY
```

| | |
|---|---|
| JOSEPH ROBINSON #285545 | * |
| Plaintiff | * |
| v. | * Civil Action No. AMD-01-2329 |
| OFFICER THOMAS MOORE, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT SCHEDULING ORDER

It is this 26 day of June, 2002, by the United States District Court for the District of Maryland,

ORDERED that the Plaintiff shall have until July 19, 2002 to file an Amended Complaint;

ORDERED that discovery shall be completed on or before November 15, 2002; and

ORDERED that Motions for Summary Judgment shall be filed on or before January 17, 2003.

Benson Legg
THE HONORABLE ~~ANDREW M. DAVIS~~
CHAMBERS JUDGE
June 26, 2002

cc:  Teresa M. Kelly, Esquire
Stephanie Kinder, Esquire
Charles Byrd, Esquire



LAW OFFICES
# BLADES & ROSENFELD, P.A.

A PROFESSIONAL CORPORATION
1200 SUN LIFE BUILDING
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

(410) 539-7558
FAX (410) 539-7524

WWW.BLADESANDROSENFELD.COM

RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS
JUN 2_ 2002
UNITED STATES DISTRICT JUDGE

June 24, 2002

The Honorable Andre Davis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Joseph Robinson v. Officer Thomas Moore, et al.
           Case No. AMD-01-2329

Dear Judge Davis:

    This firm represents Joseph Robinson, Plaintiff, in the above-referenced case, by appointment of this Court. Counsel for the respective parties have discussed and stipulated to a Scheduling Order, which we jointly submit and propose to your honor. The proposed Scheduling Order is enclosed herewith.

    Thank you very much for the Court's attention to this matter.

Sincerely,

Teresa M. Kelly

TMK:cnh
Enclosure

cc:    Charles Byrd, Esquire (via facsimile 410-889-1098)
       Stephanie Kinder, Esquire (via facsimile 410-296-1559)