UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 20, 2002

MEMORANDUM TO COUNSEL RE:

Robinson v. Moore
Civil No. AMD 01-2329

I acknowledge Ms. Kelly's letters dated December 19, 2002, and I thank her for the same.

The request that the court enter an order requiring that the incarcerated plaintiff be transported to Baltimore for deposition is denied. Understandably, counsel prefer the convenience of having the plaintiff transported to Baltimore. Nevertheless, it would be wholly inappropriate, in my view, to require the Division of Correction to incur such security risks and costs under the circumstances of this case.

Unless I have missed some intervening order, the discovery deadline in this case was **November 15, 2002**. The summary judgment motion due date is **January 17, 2003**. While I have no problem with counsel informally agreeing to modify a court scheduling order, I do not anticipate that I will modify the due date for dispositive motions, and counsel should proceed with that recognition.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File