UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 27, 2003

MEMORANDUM TO COUNSEL RE:

Robinson v. Moore
Civil No. AMD 01-2329

As you are aware, and in accordance with my memorandum to counsel dated December 20, 2002, no dispositive motions having been filed in this case, the case is now ready for calendaring for a non-jury trial. Accordingly, the remaining schedule shall be as follows:

- The parties may file (but are not required to file) pre-trial legal memoranda and/or proposed findings and conclusions by the end-of-business on or before **Tuesday, February 11, 2003**;

- If needed (you should advise me immediately if you believe a conference is necessary), a pretrial conference shall be held in chambers on **Thursday, February 13, 2003, at 5:15 p.m.**; and

- Non-Jury Trial (presumptively two days) will commence on **Wednesday, March 19, 2003, 11:30 a.m.**

Obviously, plaintiff's counsel should immediately prepare the appropriate writs for the transportation to Baltimore of plaintiff and any incarcerated witnesses needed for trial. As such arrangements often require considerable lead time, counsel should not delay in finalizing the necessary details with state corrections officials and the office of the United States Marshal.

I look forward to your presentations in this case.

Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt