LAW OFFICES
**BLADES & ROSENFELD, P.A.**
A PROFESSIONAL CORPORATION
1200 SUN LIFE BUILDING
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

(410) 539-7558
FAX (410) 539-7524

WWW.BLADESANDROSENFELD.COM

FOUNDED
1921

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 29 P 3: 58

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

January 28, 2003

The Honorable Andre Davis
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Joseph Robinson v. Officer Thomas Moore, et al.
            Case No. AMD-01-2329

Dear Judge Davis:

    I am in receipt of your Memorandum to Counsel of January 27, 2003. Accordingly, I am requesting that a Pretrial be held in the above-referenced matter as scheduled on February 13, 2003.

    Thank you for your continuing attention to this matter.

                              Sincerely,

                              Teresa M. Kelly

TMK:cnh
cc:    Joseph Robinson
        Charles Byrd, Esquire, counsel for Defendant, Thomas Moore
        Troy Priest, Esquire, counsel for Defendant, Joel F. Heiss

"APPROVED" THIS 29th
DAY OF Jan., 2003

Andre M. Davis
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS

JAN 29 2003

UNITED STATES DISTRICT JUDGE