# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                              Reply to Northern Division Address

May 21, 2003                       _____FILED  _____ENTERED
                                   _____LODGED  _____RECEIVED

Joseph Robinson#285-545
30420 Revells Neck Road                               MAY 2 2 2003
Westover, Maryland  21890
                                                  AT BALTIMORE
                                            CLERK U.S. DISTRICT COURT
                Re:    Case No. AMD 01-2329        DISTRICT OF MARYLAND
                                               BY_____ DEPUTY
Dear Mr. Robinson:     Robinson v. Moore, et al.

The Clerk received your Order of Default on 5/20/03 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
- ☐ Member of Bar of this Court has not signed pleading.
- ☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
- ☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ Certificate of Service not affixed to pleading.
- ☐ Certificate of Service not dated.
- ☐ Certificate of Service not signed.
- ☐ Attachments or exhibits missing.
- ☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
- ☐ Depositions not to be filed unless in support of a motion.
- ☐ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Miscellaneous:**
- ☐ Pleading does not contain original signature(s).
- ☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
- ☐ Incorrect caption or civil action number. Unable to match with case.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Pleading or paper must be filed electronically.
- ☒ Other.  The case is closed.

Very truly yours,

*[signature]*

Judge Andre M. Davis
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov